CLERK'S OFFICE U.S. DIST. COURT
CHARLOTTESVILLE, VA
FILED

04/12/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
     DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 3:19-mj-00008 | Date and time warrant executed: 2/1/2019 1:00 pm | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A |||
| Inventory of the property taken and name(s) of any person(s) seized: Electronic files were provided via filesharing service. The files were downloaded by the FBI on 2/11/2019, after receiving an email from the company on 2/11/2019 with instructions. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/11/2019

_Executing officer's signature_

W. Wade Douthit, Special Agent
_Printed name and title_

Received in chambers by reliable electronic means on April 11, 2019.

Joel C. Hoppe

USMJ