CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 25 2019

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> INFORMATION ASSOCIATED WITH **GAB USERNAME @JACKCORBIN** WHICH IS STORED AT PREMISES CONTROLLED BY GAB AI, INC. | Case No. 3:19-MJ-00008 <br><br> **Filed Under Seal** |

## SECOND MOTION TO SEAL

COMES NOW the United States of America through its attorney and requests that the Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit and Attachments, the Inventory Returns, the Motion for Non-Disclosure of Legal Process, the Non-Disclosure Order, this Motion to Seal, and the Order to Seal remain under seal of this Court for the following reasons:

1. The government states that the disclosure of the documents could alert suspects in a criminal investigation and/or hinder the government's efforts in the investigation by causing the flight of the target and/or confederates, as well as the destruction of evidence.

2. The government requests that the stated documents be placed under seal by this Court for a period of one hundred and eighty (180) days.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY

/s/ _____
Christopher Kavanaugh (VA Bar No. 73093)
Assistant United States Attorney
255 West Main Street, Room 130
Charlottesville, Virginia 22902
434-293-4283